**TRAYLOR LAW OFFICE, PC**
Michael S. Traylor (SBN 136814)
8601 Lincoln Blvd. 180
Suite 525
Los Angeles, CA 90045
(310 401-6610 ph
(661) 480-1200 fax

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANDY ET AL<br><br>    Plaintiff,<br><br>    v.<br><br>MOVE, INC, ET AL.<br><br>    Defendants. | Case No. 2:24−cv−10492−SB−JPR<br><br>PLAINTIFFS' NOTICE OF WITHDRWAL AND TAKING MOTION FOR RECONSIDERATION OFF-CALENDAR (WITHOUT PREJUDICE) PENDING FURTHER ACTION IN THE COURT OF APPEAL<br><br>FORMER HEARING DATE: AUG. 8, 2025<br>TIME: 8:30 am<br>COURTROOM: 6C<br>JUDGE: Hon. Stanley Blumenfeld, Jr. |

PLEASE TAKE NOTICE that on July 21, 2025, Plaintiffs' counsel

received the attached interim order (the "Order") issued by the Court of

Appeal (attached).  The Order provided Plaintiffs twenty-one (21) days to take further action in the Court of Appeal on the matter.

PLEASE TAKE FURTHER NOTICE that in light of the Order, Plaintiffs hereby withdraw the pending Motion for Reconsideration (Docket #54) and request that the motion be taken off-calendar, without prejudice to refiling and/or seeking other relief.

DATED: July 22, 2025                                     Respectfully Submitted

*Michael S. Traylor*

Michael S. Traylor, Esq.
Attorney for Plaintiffs

-2-
PLAINTIFF'S WITHDRWAL OF MOTION FOR RECONSIDERATION

FILED

JUL 21 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JAMES BANDY; et al.,<br><br>    Plaintiffs - Appellants,<br><br> v.<br><br>MOVE, INC.; et al.,<br><br>    Defendants - Appellees. | No. 25-2095<br><br>D.C. No. 2:24-cv-10492-SB-JPR<br>Central District of California, Los Angeles<br><br>ORDER |

    This court may lack jurisdiction over the district court's March 3, 2025 order dismissing some defendants and compelling arbitration as to another defendant. The district court characterized the order as "functionally indistinguishable from a stay" of the claims subject to arbitration. "[A] district court order staying judicial proceedings and compelling arbitration is not appealable even if accompanied by an administrative closing." *Dees v. Billy*, 394 F.3d 1290, 1294 (9th Cir. 2005). The March 3, 2025 order therefore may not have "dispose[d] of all claims as to all parties." *See Romoland Sch. Dist. v. Inland Empire Energy Ctr., LLC*, 548 F.3d 738, 747 (9th Cir. 2008); 28 U.S.C. § 1291.

    Within 21 days, appellants must either file a motion to voluntarily dismiss this appeal or file a statement explaining why it should not be dismissed. If appellants do not do so, the court will dismiss the appeal. *See* 9th Cir. R. 42-1. If appellants file a statement, appellees may file a response within 10 days.

The motion (Docket Entry No. 11) for a limited remand is denied without prejudice to renewing the motion if the district court issues an indicative ruling that it would grant the motion or that the motion raises a substantial issue. *See* Fed. R. App. P. 12.1(b).

Briefing is stayed.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT